UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NICOLAS HERRAR, MIGUIL PERALTA, and
VICTOR XOCHIMITL, on behalf of themselves
and others similarly situated,

                        Plaintiffs,

      v.

12 WATER STREET GOURMET CAFÉ, LTD.,
WATER ST. GOURMET INC., YASSIN ZAKI
AND JOHN DOES 1-3,

                        Defendants.
----------------------------------------------------------X

Civ. Case No.: 13-CV-4370-JMF

**NOTICE OF MOTION**

**NOTICE OF MOTION BY THE DEFENDANT ABDO ZINDANI TO VACATE THE DEFAULT JUDGEMENT DATED MARCH 31, 2016**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted herewith, the Affidavit of Jacob Rifkin, and the Affirmation of Michael L. Walker, Esq., the Defendant, ABDO ZINDANI, by their counsel, Michael L. Walker, Esq., will move this Court before the Hon. Jesse M. Furhman, in Courtroom 1105, at the Thurgood Marshall Building, 40 Foley Square, New York, NY 10007, on the 25th day of January, 2022, at 9:30 am, or as soon thereafter as counsel may be heard for an Order pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, vacating the Default Judgement entered against Defendant Abdo Zindani.

Dated: December 20, 2021

                                                  The Law Office of Michael L. Walker, Esq.

                                                  By: _____
                                                     Michael L. Walker, Esq.
                                                     Bar Roll No.: WA1010
                                                     Attorney for Defendant
                                                     *Abdo Zindani*
                                                     9052 Fort Hamilton Parkway
                                                     Second Floor Suite
                                                     Brooklyn, NY 11209
                                                     (718) 680 9700

1