UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
NICOLAS HERRAR, MIGUIL PERALTA, and
VICTOR XOCHIMITL, on behalf of themselves
and others similarly situated,

                   Plaintiffs,

    v.

12 WATER STREET GOURMET CAFÉ, LTD.,
WATER ST. GOURMET INC., YASSIN ZAKI
AND JOHN DOES 1-3,

                   Defendants.
_____X

Civ Case No. 13-CV-4370-JMF

**AFFIRMAITON IN SUPPORT OF DEFENDANT ABDO ZINDANI'S MOTION TO VACATE A DEFAULT JUDGEMENT**

Michael L. Walker hereby affirms, under penalty of perjury:

1. I am the Attorney for Defendant ABDO ZINDANI in the above captioned action, and duly admitted to practice in the Southern District of New York Federal Court.

2. I am submitting this affirmation in support of the motion of ABDO ZINDANI to vacate the Default Judgement entered on or about the July 16, 2014.

3. I was contacted by Defendant Abdo Zindani on or about the late October, 2021. I immediately set about formulating the instant motion to vacate.

4. Herewith is filed the Memorandum of Law, Notice of Motion and Affidavit of Abdo Zindani, all of which are incorporated herein by reference, in further support of the Motion to Vacate.

5. It is respectfully submitted that this matter should be decided on the merits, and we respectfully request the Court vacate the July 16, 2014 default judgement and allow Defendant to enter a meritorious defense.

Wherefore, Defendant respectfully request the default judgement be vacated and that he be permitted to tender a substantive defense in this matter on the merits.

Dated: December 20, 2021

                                              The Law Office of Michael L. Walker, Esq.

By: _____

                                                Michael L. Walker, Esq.
                                                Bar Roll No.: WA1010
                                                Attorney for Defendant
                                                *Abdo Zindani*
                                                9052 Fort Hamilton Parkway
                                                Second Floor Suite
                                                Brooklyn, NY 11209
                                                (718) 680 9700