THE LAW OFFICES OF
# SCOTT A. KORENBAUM
11 Park Place, Suite 914
New York, New York 10007
Tel: (212) 587-0018      Fax: (212) 658-9480

February 2, 2022

BY ECF

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    Herrara, et al. v. 12 Water Street Gourmet Café, Ltd., et al.
               13 CV 4370 (JMF)

Dear Judge Furman:

     David Rankin and I represent plaintiffs in this action brought pursuant to, among other things, the Fair Labor Standards Act ("FLSA"). We write to inform you that plaintiffs and judgment debtor Abdo Zindani have settled. Thus, the Court can dismiss Mr. Zindani's outstanding motion to vacate the default judgment.

     Thank you for your consideration of this matter.

                                                     Respectfully submitted,

                                                     *Scott A. Korenbaum*

                                                     Scott A. Korenbaum

SAK:sak

cc: All counsel (by ECF)

> The Court having been informed that a settlement has been reached, Defendant Abdo Zindani's motion to vacate the default judgment, *see* ECF No. 99, is hereby DENIED as moot, without prejudice to Defendant renewing the motion **within 30 days** if the settlement is not consummated. The Clerk of Court is directed to terminate ECF No. 99. SO ORDERED.
>
> *[signature]*
>
> February 2, 2022