UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                :

NICOLAS HERRARA, *on behalf of himself and all other* :
*employees similarly situated who opt-in to this civil*
*action*, et al.,

                                                13-CV-4370 (JMF)

                 Plaintiffs,

                                                ORDER

       -v-

12 WATER STREET GOURMET CAFE, LTD. et al.,

                 Defendants.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold a telephone conference on **March 2, 2022, at 11:00 a.m.** to discuss Defendant's Motion to Vacate the Court's Default Judgment, *see* ECF No. 110, and next steps in the case, including a briefing schedule, if necessary.  The conference will be held in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: February 22, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge