UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NICOLAS HERRARA, *on behalf of himself and all other* :
*employees similarly situated who opt-in to this civil* :
*action*, et al., :
:
                       Plaintiffs, : 13-CV-4370 (JMF)
:
                               : <u>ORDER</u>
     -v- :
:
12 WATER STREET GOURMET CAFE, LTD. et al., :
:
                       Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during the teleconference held earlier today:

- Plaintiffs' counsel represented that Plaintiffs will not pursue any enforcement action between now and April 4, 2022, in order to allow the parties to discuss settlement.

- If the parties are unable to reach an amicable resolution without the intervention of the Court, Plaintiffs shall file any opposition to Defendant Mohsin Zindani's Motion to Vacate the Court's Default Judgment, ECF No. 110, by **April 4, 2022**.

- Defendant Mohsin Zindani shall file any reply by **April 18, 2022**.

- In any papers filed, the parties shall address whether an evidentiary hearing on Defendant's Motion is necessary.

      SO ORDERED.

Dated: March 2, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge