# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:
212-277-5825

April 18, 2022

BY ECF

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: Herrara, et al. v. 12 Water Street Gourmet Café, Ltd., et ano.
13 CV 4370 (JMF) (RLE)

Dear Judge Furman:

Scott Korenbaum and I represent plaintiffs in this action brought pursuant to, among other things, the Fair Labors Standards Act ("FLSA"). We write to report that we have reached a settlement in principle with defendant Mosin Zindani. We respectfully request permission to update the court in 45 days, which is June 2, 2022, which corresponds to the date agreed upon for payment.

Thank you for your consideration of this matter.

Respectfully submitted,

David B. Rankin

Application GRANTED. Defendant's motion to vacate, *see* ECF No. 110, is hereby DENIED without prejudice to renewal in 45 days if the settlement is not consummated. To be clear, any request to renew the motion must be filed within 45 days. The Clerk of Court is directed to terminate ECF Nos. 110 and 121. SO ORDERED.

April 19, 2022