**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

June 17, 2022

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:

**BY ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:  **Herrara, et al. v. 12 Water Street Gourmet Café, Ltd., et ano.
13 CV 4370 (JMF) (RLE)**

Your Honor:

Scott Korenbaum and I represent plaintiffs in this action brought pursuant to, among other things, the Fair Labors Standards Act ("FLSA"). The plaintiffs come before Your Honor requesting a two-week adjournment of our response to the application of Mohsin Zindani's counsel to reopen the judgment against him. This is our first request for this relief and Mohsin Zindani's counsel consents to this request. The application is presently due today, and if this request is granted it would be due on July 1, 2022.

A general release has been executed by the plaintiffs and provided to Mohsin Zindani's counsel. The two weeks will allow the attorneys to hopefully resolve any remaining issues.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

David B. Rankin

Application GRANTED.  Plaintiffs shall file any opposition to Defendant's motion by **July 1, 2022**. Any reply shall be filed by **July 8, 2022**. Further extensions are very unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 125.  SO ORDERED.

June 21, 2022